This is to advise that on October 12, 2011

Senior Judge R. Kenton Musgrave

Issued CONFIDENTIAL Slip Op. 11-122

In action

Consol. Ct. No. 09-00511

Advanced Technology & Materials Co., Ltd., et al.,
(Plaintiffs,)

Bosun Tools Group Co. Ltd,
(Plaintiff - Intervenor,)

v.

United States,
(Defendant,)

and

Diamond Sawblades Manufacturers Coalition et al.,
(Defendant - Intervenors.)