This is to advise that on November 30, 2012

Senior Judge R. Kenton Musgrave

Issued CONFIDENTIAL Slip Opinion 12-147

In action

Consol. Ct. No. 09-00511

Advanced Technology & Materials Co., Ltd., et al

(Plaintiffs,)

and

Bosun Tools Co., Ltd.,
(Plaintiff Intervenor,)

V.

United States,

(Defendant,)

and

Diamond Sawblades Manufacturers Coalition et al,
(Defendant Intervenors.)